Slip Op. 08 - 116

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| UNITED STATES, | : | |
| Plaintiff, | : | |
| v. | : | **Before: MUSGRAVE, Senior Judge**<br>Court No. 04-00382 |
| AMERICAN CONTRACTORS INDEMNITY CO., CHENG TENG, CARLOS PASERA, and M&T PROGRESSIONS, | : | |
| Defendants. | : | |

## JUDGMENT

Upon consideration of plaintiff's amended motion for default judgment and the lack of any response from the remaining defendants to the Court's Order to Show Cause dated September 12, 2008, it is hereby

**ORDERED** that plaintiff's motion is granted; and it is further

**ORDERED** that judgment is entered in favor of the plaintiff The United States against defendants Cheng Teng, Carlos Pasera, and M&T Progressions, jointly and severally, for antidumping duties in the amount of $23,164.88, plus penalties in the amount of $553,713 pursuant to 19 U.S.C. § 1592(c)(1), plus prejudgment and post-judgment interest in the amount(s) established by 28 U.S.C. §§ 1961(a) and (b).

/s/  R. Kenton Musgrave
R. KENTON MUSGRAVE, Senior Judge

Dated: October 22, 2008
New York, New York

# NOTICE OF ENTRY AND SERVICE

      This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

      Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

      Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble<br>
Clerk of the Court

Date: _____  By: _____
                                                                   Deputy Clerk